**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:  2/23/2023
```

Haoyang Huang,

                                        Plaintiff,

                    -against-

Valarhash LLC et al.,

                                        Defendants.

1:22-cv-09973 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference on February 22, 2023, for which only Plaintiff appeared, and for the reasons stated on the record, it is hereby Ordered that Plaintiff's motion for substitute service (*see* ECF No. 8) is denied as moot with respect to Defendant Vhash, Inc. and denied without prejudice with respect to Defendant Lyu. Plaintiff may renew his motion with respect to Defendant Lyu upon an appropriate application.

**SO ORDERED.**

DATED:      New York, New York
            February 23, 2023

_____
STEWART D. AARON
United States Magistrate Judge