```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Haoyang Huang,

                Plaintiff,

-against-

Valarhash LLC et al.,

                Defendants.

1:22-cv-09973 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference, for which only Plaintiff appeared, it is hereby Ordered as follows:

1. No later than Wednesday, July 5, 2023, Plaintiff shall file a letter explaining why service via WeChat could not be accomplished and seeking relief from the portion of the Court's May 6, 2023 Order (ECF No. 19) requiring such service.

2. No later than Wednesday, July 12, 2023, Plaintiff shall seek a Clerk's Certificate of Default for each defendant.

**SO ORDERED.**

Dated:    New York, New York
            June 28, 2023

_____
STEWART D. AARON
United States Magistrate Judge